**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Kimberly Jean Brown,

                    Plaintiff,

      vs.

Scott Gartner, et al.,

                    Defendants.

No. 1:20-cv-05195

Judge Andrea R. Wood

Magistrate Judge M. David Weisman

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

Pursuant to Local Rule 83.38(a)(3), Colleen Konicek, Carlin V. Comerouski and Fletcher & Sippel LLC ("Counsel"), hereby respectfully request leave to withdraw as appointed counsel in this matter for Plaintiff, Kimberly Jean Brown, and moves this Court to grant leave to withdraw as attorneys of record in this matter, and states as follows:

1.      Irreconcilable differences have arisen between Counsel and Plaintiff regarding the scope and nature of representation.

2.      Since April 15, 2021, the undersigned has communicated both orally and in writing[1] with Plaintiff regarding the file and related materials. Counsel and Plaintiff have reached an impasse with respect to what is needed by Counsel from Plaintiff to provide adequate and proper representation.

3.      Counsel communicated to Plaintiff on June 8, 2021, that the aforesaid impasse has created circumstances whereby Counsel would need to request the relief stated herein from the Court.

---

[1] Due to concerns regarding attorney-client privilege, counsel is not attaching the correspondence hereto.

4.      Accordingly, the undersigned respectfully requests the Court grant this motion to withdraw.

5.      Counsel also believes it may be necessary for the Court to grant additional time to Plaintiff to file an amended complaint so that Plaintiff and her new counsel can undertake consideration of the pleading together.

WHEREFORE, Plaintiff, pursuant to Local Rule 83.38, respectfully requests that this Honorable Court enter an Order granting Colleen Konicek, Carlin Comerouski and Fletcher & Sippel LLC leave to withdraw as counsel of record, and terminating all CM/ECF notifications to Counsel.

Date: June 9, 2021

Respectfully submitted,

KIMBERLY JEAN BROWN

/s/Colleen Konicek
Colleen Konicek

Colleen Konicek
Carlin V. Comerouski
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 800
Chicago, IL 60606-3208
(312) 252-1500 Telephone
ckonicek@fletcher-sippel.com
ccomerouski@fletcher-sippel.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

To:     *See* CM/ECF Service List

I, Colleen Konicek, certify that, on June 9, 2021, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court served upon all counsel of record via the Court's CM/ECF System.

/s/Colleen Konicek
Colleen Konicek